NUMBER 13-03-435-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________________


AIRPORT AND CHANNEL CORPORATION, Appellant,


v.



MILLENNIUM MARINA, L.L.C., ET AL., Appellees.

____________________________________________________________________


On appeal from County Court at Law No. One 


of Nueces County, Texas.


____________________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Garza


Opinion Per Curiam


 Appellant, AIRPORT AND CHANNEL CORPORATION, perfected an appeal from
an order entered by County Court at Law No. One of Nueces County, Texas, in cause
number 03-61277-1. After the record and briefs were filed and after the cause was
set for submission and oral argument, appellant filed a motion to dismiss the appeal. 
In the motion, appellant states that an agreed order granting non-suit has been signed
by the trial court, and there is no longer any basis for this interlocutory appeal. 
Appellant requests that this Court dismiss the appeal as moot.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Opinion delivered and filed this

the 13th day of November, 2003.